UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HOMESITE INSURANCE COMPANY
OF NEW YORK,

              Plaintiff,                      **STIPULATION OF DISCONTINUANCE**

    -against-                                  Case No.: 1:21-cv-00772  (FJS/DJS)

DEQUAN GREENE and LATRISHA GREENE,
Individually and d/b/a HARMONY AND FRIENDS
DAYCARE, and ESTATE OF CARLOS FIGUEROA,
as an interested party,
              Defendants.

---

       **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorneys of record for the plaintiff, Homesite Insurance Company of New York, and the defendant, Estate of Carlos Figueroa, in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee or conservator has been appointed, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 11, 2023

_____
Jeanne M. Gonsalves Lloyd, Esq.
IANNIELLO ANDERSON, P.C.
Attorneys for Defendant,
Estate of Carlos Figueroa
805 Route 146
Clifton Park, NY 12065
518-371-8888
Jlloyd@ialawny.com
Bar Code: 105772

_____
Robert Cosgrove, Esq.
Wade Clark Mulcahy, LLP
Attorneys for Plaintiff
180 Maiden Lane, Suite 901
New York, NY 10038
212-267-1900
Rcosgrove@wcmlaw.com
Bar Code:

Date:  August 18, 2023.

SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior United States District Judge